UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

BRETT D. CROSTIC

Case Number: 6:05-CR-142-ORL-28GJK

USM Number: 04417-018

Stephen Langs, FPD
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number One of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New conviction for conduct, obtaining or attempting to obtain a controlled substance by fraud | July 24, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

3/14/2008

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

March  17  ,2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

Case 6:05-cr-00142-JA-GJK   Document 19   Filed 03/18/08   Page 2 of 2 PageID 37

Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **13 Months. This term is to run consecutively with defendant's term of imprisonment in Docket No. 16-2007-CF-11479-BXXX-MA, Circuit Court, Volusia County, Florida**

The Court recommends to the Bureau of Prisons:

    That defendant participate in a substance abuse treatment program while incarcerated
    within the Bureau of Prisons

It is **FURTHER ORDERED** that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                                             UNITED STATES MARSHAL

                                                     By:_____
                                                              Deputy U.S. Marshal